# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| KEITH PARKER,<br>Register No. 514395,<br><br>     Plaintiff,<br><br>     v.<br><br>DANIEL POOL, Director of Nursing,<br>et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-4135-CV-C-NKL |

## ORDER

On August 18, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims against defendant Angela Wright, pursuant to Fed. R. Civ. P. 4(m), for failure to obtain service of process. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims against defendant Angela Wright are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: September 26, 2005
Jefferson City, Missouri