# UNITED STATES DISTRICT COURT

## Western District of Missouri

**KEITH PARKER, Register No. 514395**

    v.

**DANIEL POOL, et al**

JUDGMENT IN A CIVIL CASE

Case Number: 04-4135-CV-C-NKL

_    *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X   *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–    that defendants' motion for summary judgment is granted and plaintiff's claims are dismissed.

ENTERED ON: December 15, 2005

December 15, 2005

Date

    PATRICIA L. BRUNE

    Clerk

    /s L. Bax
    (By) Deputy Clerk